ANTHONY R. LOPEZ, a Professional Corporation
LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ (State Bar Number 149653)
9025 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone:(310)276-4700
Facsimile: (310)861-0509

THE MENCHACA LAW FIRM PC
Alejandro Menchaca, Esq. (SBN 220471)
714 West Olympic Boulevard, Suite 450
Los Angeles, CA  90015-2901
Telephone:  213.745.6300
Facsimile:   213.745.6060

Attorneys for Plaintiffs DISCOS MM and JOSE MANUEL OLIVAS RODRIGUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DISCOS MM, and JOSE MANUEL OLIVAS RODRIGUEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL MUSIC GROUP, INC. d/b/a DISA RECORDS and MACHETE MUSIC; UNIVERSAL MUSIC GROUP DISTRIBUTION, INC.<br><br>　　　　Defendants. | Case No.:  10-1699-DMG (JCx)<br><br>**ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' FIRST AMENDED COMPLAINT [18]** |

///
///
///
///
///

1  Having duly considered the Joint Stipulation of Dismissal with Prejudice
2  submitted by the Parties and good cause appearing, the Court hereby ORDERS that
3  Plaintiffs' First Amended Complaint in the above-entitled action is DISMISSED
4  WITH PREJUDICE, without award of costs or attorneys' fees to any party.

6  IT IS SO ORDERED.

8  Dated:   January 27, 2011          _____
9                                      DOLLY M. GEE
                                       United States District Judge